1  **WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
2  Sacramento, CA  95822
(916) 456-1122
3  (916) 737-1126 (fax)

4  Kathleen J. Williams, CSB #127021

5  Attorneys for defendant
COUNTY OF ALPINE

6

7  **UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

8

| | |
|---|---|
| NICK AGNASON, | **CASE NO**: 2:14-cv-01770 MCE CKD |
| Plaintiff, | |
| v. | **ORDER REGARDING REFERRAL TO VOLUNTARY DISPUTE RESOLUTION PROGRAM** |
| THE COUNTY OF ALPINE a governmental entity; and DOES 1-100, inclusive, | |
| Defendants. | |

It is hereby ordered that pursuant to the parties' stipulation, this case is ordered to the Court's Voluntary Dispute Resolution Program.  Attorney Lori Gualco is hereby appointed act as the mediator.

///

///

///

///

///

///

///

1

It is further ordered that if the matter is not resolved, no personal service on the COUNTY OF ALPINE will be necessary.  Service will be deemed to have occurred on the date the mediation is held.  ALPINE COUNTY shall thereafter have 60 days in which to file a responsive pleading.  All of ALPINE COUNTY'S defenses are preserved and may be asserted in the responsive pleading.

IT IS SO ORDERED.

Dated:  November 18, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT