UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK AGNASON,<br><br>　　　Plaintiff,<br><br>vs.<br><br>THE COUNTY OF ALPINE, a governmental entity; and DOES 1-100, inclusive,<br><br>　　　Defendants. | Case No.: 2:14-cv-01770-MCE-CKD<br><br>ORDER DISMISSING ACTION WITH PREJUDICE |

　　　Having read the Request for Dismissal with Prejudice filed on March 17, 2015, and good cause appearing therefore, this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.  The Clerk of the Court is directed to close this case.

　　　IT IS SO ORDERED.

Dated:  March 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT